# Exhibit B

# Business Architecture Guild Contributor Agreement

This Business Architecture Guild Contributor Agreement ("Agreement") is entered into this 13TH day of July, 2015 by and between the Business Architecture Guild ("Guild"), a California 501(c)(6) corporation and Daniel Lambert ("Author"). Author agrees to contribute content ("Contributed Content") to the Guild for inclusion in "A Guide to the Business Architecture Body of Knowledge™" ("BIZBOK®") or for use in any material or publications, either electronically or in other forms, as determined in the sole discretion of the Guild according to the terms herein.

**Copyright Provisions**

A primary activity of the Guild is the publication of BIZBOK®. BIZBOK® is a registered trademark of the Guild with content protected by copyright law and all rights reserved. The Guild may from time to time prepare other related or independent materials for copyright by the Guild based upon the BIZBOK® or the Contributed Content.

With the exception of "fair use" provisions of the copyright law of the United States of America and as described herein, Guild copyrighted material may only be used with the express written permission of the Guild. Contributed Content, without inclusion of Guild copyrighted material, may be used by Author without the permission of the Guild. Unless Author objects in writing, the Guild shall attribute credit to Author in accordance with Guild policies.

**Rights of the Guild**

Author of the Contributed Content retains ownership (copyright or otherwise) of materials provided to the Guild. Author agrees that as a condition of the Guild's acceptance of the Contributed Content, Author grants the Guild a nonexclusive, irrevocable, unrestricted, perpetual and royalty-free license ("License") to publish, present, use and prepare derivative works based on the Contributed Content, in any manner solely determined by the Guild including the inclusion of the Contributed Content in copyrighted publications owned by the Guild. The License shall become effective upon written acceptance or publication of the Contributed Content by the Guild.

Author warrants that Author is the sole creator of the Contributed Content and, if copyrighted, is the sole owner of said copyright with full authority to execute this Agreement. Alternatively, Author shall secure written acceptance of this Agreement from all putative and actual copyright owners of the Contributed Content ("Copyright Owners") prior to submittal of the Contributed Content.

The absence of a statement of copyright ownership by Copyright Owners and Copyright Owners' written acceptance of this Agreement is to be construed as an assertion by Author that Author is the sole owner of the Contributed Content and, if copyrighted, all copyrights relating to the Contributed Content.

In the event that the Contributed Content is found to violate the copyright laws or infringe on the copyrights of third parties, or Author of the Contributed Content did not have the lawful right and authority to execute this Agreement, or that the assent of Copyright Owners was not properly secured, the Guild shall withdraw the material from publication on the next publication date and will post a public notice on its website or some other readily accessible place to the effect that such material is withdrawn from publication by reason of defect in copyright.

In such a case, Author shall be liable for any incidental or consequential damages incurred by the Guild relating to such a breach. Further, should the violation of copyrights be knowing, intentional or the result of gross negligence on the part of Author, Author shall indemnify and defend the Guild for and from any and all damages, expenses, liabilities or penalties arising from the wrongful mischaracterization of the Contributed Content.

**Rights of Author**

The rights of Author are not diminished by this Agreement, except in that Author irrevocably relinquishes the right to revoke or make subsequent modifications to the License to the Guild. Author retains rights to use the Contributed Content, in its original state prior to inclusion within Guild publications, without limitation.

The terms of this Agreement are accepted as of the date first affixed above.

**Author**
Name: Daniel Lambert
Title: VP
Signature: [signed]

**Guild**
Name: William Ulrich
Title: President
Signature: [signed]

Rev. 052114