# Exhibit D

# Member Profile as of July 27, 2022

**Business Architecture Guild**



## Daniel Lambert, 28707573

| | | | |
|---|---|---|---|
| **Personal Address** | Quebec H3P 1R8<br>Canada | **Home Phone** | |
| **Professional Address** | Employer Name: Business Architecture Info<br>Profession: Consulting<br>Title: Partner<br>22 Dobie<br>Mont-Royal, Quebec H3P 1R8<br>Canada | **Work Phone** | 514 996-7930 |
| | | **Work Fax** | |
| **E-mail** | daniel.lambert@businessarchitecture.info | **Mobile Phone** | |
| **Web Site** | https://ca.linkedin.com/in/daniellambert1962 | | |

### Additional Member Data

| | |
|---|---|
| **Constituent ID** | |
| **Website ID** | 28707573 |
| **Primary Group** | |
| **All Groups** | (no groups) |
| **Group Reps** | (no group reps) |
| **Member Type** | Associate |
| **Status** | Active |
| **Signup Date** | 4/16/2014 |
| **Membership** | Associate |
| **Membership Expires** | 4/6/2023 |
| **Last Login** | 7/26/2022 |
| **Last Modified** | 6/30/2022 |

| | |
|---|---|
| **Last Dues Transaction** | 4/7/2022 |
| **Gender** | |
| **CBA Date** | (no response) |
| **VUEID** | (no response) |
| **VoucherNum** | (no response) |
| **CBA Expiration Date** | (no response) |
| **CBA(R) Professional** | (no response) |
| **Are you an instructor or course content creator for a Guild Accredited Training Partner?** | (no response) |

## More Information

Author of this book entitled "Practical Guide to Agile Strategy Execution: Design, Architect, Prioritize, and Deliver your Corporate Future Successfully" available on this Amazon webpage:

https://www.amazon.com/Daniel-Lambert/e/B084KN9YCF?ref=sr_ntt_srch_lnk_1&qid=1581258225&sr=1-1

Senior Business Architect Trainer at EA Principals. For additional information:

https://www.eaprincipals.com/all-ea-courses?combine=agile&field_delivery_channels_tid=All&field_featured_course_value=All&field_subject_tid=All

VP at IRIS Business Architect. For additional information:

https://biz-architect.com/

## Education/Experience

M. Sc. HEC Montréal

## Certifications

No certification records were found for this member

## Membership Dues Transactions

| Status | Invoice Date | Memberhip Type | Amount | Processed |
|---|---|---|---|---|
| Open (Awaiting Auto-Bill) | 4/6/2023 | Associate | $125.00 | NA |
| Closed | 4/7/2022 | Associate | $125.00 | 4/7/2022 |
| Closed | 4/8/2021 | Associate | $125.00 | 4/8/2021 |
| Closed | 4/9/2020 | Associate | $125.00 | 4/9/2020 |

| | | | | |
|---|---|---|---|---|
| Closed | 4/11/2019 | Associate | $125.00 | 4/11/2019 |
| Closed | 4/12/2018 | Associate | $125.00 | 4/12/2018 |
| Closed | 4/12/2017 | Associate | $125.00 | 4/12/2017 |
| Closed | 4/13/2016 | Associate | $125.00 | 4/13/2016 |
| Closed | 4/13/2015 | Associate | $125.00 | 4/13/2015 |

## Donations

No donation records were found for this member

## Event Registrations

| Date | Event Title |
|---|---|
| 7/20/2022 | Webinar: Business Architecture Standards Update – "Outcome Is King" |
| 3/22/2022 | 10th Annual Business Architecture Innovation Summit |
| 8/18/2021 | Webinar: The Role of Business Architecture in Defining Data Architecture |
| 5/19/2021 | Webinar: Beyond Initiative Mapping: 9 Questions to Answer Using Business Architecture |
| 4/21/2021 | Webinar: Strengthening Agile Prioritization with Business Architecture |
| 1/20/2021 | Webinar: Relating Business Architecture and Customer Experience |
| 11/18/2020 | Webinar: Business Architecture and BIAN Alignment |
| 6/17/2020 | Webinar: Business Driven IT Portfolio Planning |
| 5/20/2020 | Webinar: Facing Industry Challenges: Next Steps for the Healthcare Provider Industry Reference Model |
| 3/18/2020 | Montreal Community Meeting |
| 1/22/2020 | Webinar: Aligning Operating Models with Strategy Using Business Architecture |
| 9/18/2019 | Webinar: Organization Mapping |
| 10/16/2019 | Local Guild Community Montreal |
| 4/17/2019 | Webinar: Risk and Compliance Transparency with Business Architecture |
| 3/20/2019 | Webinar: Mapping Update: Building and Using Information Maps |
| 12/19/2018 | Webinar: Advancement of Business Architecture in the TOGAF® Ecosystem |
| 9/11/2018 | La communauté de la guilde d'architecture d'affaire de Québec vous invite |

| | |
|---|---|
| 6/7/2018 | June 2018 Toronto Community Meeting |
| 6/20/2018 | June Montreal Community Meeting |
| 2/20/2018 | La communauté de la guilde d'architecture d'affaire de Québec (BAGCQC) vous invite à sa 2ème session |
| 1/25/2018 | January 2018 Toronto Community Meeting |
| 11/30/2017 | Toronto Guild Commumity Meeting |
| 10/19/2017 | Toronto Guild Community Meeting |
| 10/19/2017 | Toronto Guild Community Meeting |
| 10/25/2017 | La communauté de la guilde d'architecture d'affaire de Québec (BAGCQC) premier événement |
| 9/20/2017 | Webinar: Business Architecture Reference Models: Evolution, Strategy & Application |
| 8/16/2017 | Webinar: From Strategy to Agile Stories: An Epic Journey |
| 7/19/2017 | Webinar: Business Architecture Common Reference Model |
| 6/21/2017 | Webinar: Business Architecture and BPM Alignment: A Practical Perspective |
| 5/17/2017 | Webinar: Business Architecture Tool Strategy |
| 4/19/2017 | Webinar: Business-Driven, Business/IT Transformation |
| 3/15/2017 | Webinar: Business Architecture Metamodel Update |
| 2/15/2017 | Webinar: 20-Minute Capability Mapping |
| 1/18/2017 | Webinar: 20-Minute Value Stream Mapping |
| 11/16/2016 | Webinar: Business Architecture Insurance Reference Model |
| 6/15/2016 | Webinar: Healthcare Provider: Business Architecture Reference Models |
| 5/18/2016 | Webinar: Financial Services: Industry Business Architecture Reference Models |
| 4/15/2015 | Business Architecture Value Stream – A Practitioner's Problem Solving Scenario |
| 3/18/2015 | Business Architecture & Agile Requirements Management |
| 2/18/2015 | 20-Minute Value Stream Mapping |
| 1/21/2015 | 20-Minute Capability Mapping |
| 11/19/2014 | Value Proposition of Business Architecture |
| 9/16/2014 | Business Architecture Innovation Workshop |

## Order History

| Invoice Date | Item Description | Quantity | Unit Price |
|---|---|---|---|
| 5/2/2022 | Transportation Reference Model v4.0.1 | 1 | $0.00 |
| 4/13/2022 | Healthcare Provider Industry Reference Model v2.0 | 1 | $0.00 |
| 2/24/2022 | Transportation Reference Model v4.0.1 | 1 | $0.00 |
| 1/13/2022 | Financial Services Industry Reference Model v5.0 | 1 | $0.00 |
| 12/26/2021 | Financial Services Industry Reference Model v4.0 | 1 | $0.00 |
| 11/19/2021 | Government Industry Reference Model v4.0 | 1 | $0.00 |
| 11/19/2021 | Common Reference Model v5.0 | 1 | $0.00 |
| 11/19/2021 | Financial Services Industry Reference Model v4.0 | 1 | $0.00 |
| 11/13/2021 | Transportation Reference Model v3 | 1 | $0.00 |
| 8/31/2021 | The Business Architecture Tool Evaluator™ | 1 | $0.00 |
| 8/3/2021 | Financial Services Industry Reference Model v4.0 | 1 | $0.00 |
| 10/9/2020 | Insurance Industry Reference Model v3.0 | 1 | $0.00 |
| 10/9/2020 | Common Reference Model v3.1 | 1 | $0.00 |
| 3/24/2020 | Common Reference Model v3.0 | 1 | $0.00 |
| 11/12/2019 | Transportation Reference Model v1.0 | 1 | $0.00 |
| 8/3/2018 | Common Reference Model v1.1 | 1 | $0.00 |
| 8/3/2018 | Financial Services Industry Reference Model v1.2 | 1 | $0.00 |
| 8/3/2018 | Insurance Industry Reference Model v1.1 | 1 | $0.00 |
| 3/22/2018 | The Business Architecture Tool Evaluator™ | 1 | $0.00 |
| 9/13/2017 | The Business Architecture Tool Evaluator™ | 1 | $0.00 |
| 9/13/2017 | Business Architecture Maturity Model™ | 1 | $0.00 |

## Activity Logs

| Activity Log Date | Category | Notes |
|---|---|---|
| 6/30/2022 9:33:48 | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Email | dlambert@biz-architect.com | daniel.lambert@businessarchitecture.info |
| Employer Name | Benchmark Consulting / IRIS Business Architect | Business Architecture Info |
| Professional Title | Vice President Business Architecture | Partner |
| Employer Website | http://biz-architect.com/ | https://www.businessarchitecture.info/ |
| Employer Street Address Line 1 | 8270 Woodland Center Blvd | 22 Dobie |
| Employer City | Tampa | Mont-Royal |
| Employer Location | Florida | Quebec |
| Employer Postal Code | 33614 | H3P 1R8 |
| Employer Country | United States | Canada |
| Profession |  | Consulting |

| Date | Event | Details |
|---|---|---|
| 6/30/2022 9:33:48 AM | Member Accepted Terms of Use Agreement During Profile Edit | Daniel Lambert accepted the Member Terms of Use Agreement |
| 4/7/2022 12:00:11 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/6/2023<br>Old Membership Associate<br>Old Expiration 4/7/2022 |
| 8/12/2021 9:28:23 AM | Member Consented to Data Processing | Daniel Lambert gave consent to data processing.<br>IP Address: 24.225.164.70 |
| 4/8/2021 12:14:59 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/7/2022<br>Old Membership Associate<br>Old Expiration 4/8/2021 |
| 11/17/2020 1:04:11 PM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Employer Phone Area Code |  | 514 |
| Employer Phone Number |  | 996-7930 |

| | | |
|---|---|---|
| 11/17/2020 1:04:11 PM | Member Accepted Terms of Use Agreement | Daniel Lambert accepted the Member Terms of Use Agreement |

| Date | Action | Details |
|---|---|---|
| | During Profile Edit | |
| 8/12/2020 10:56:02 AM | Member Consented to Data Processing | Daniel Lambert gave consent to data processing. IP Address: 24.225.164.176 |
| 4/9/2020 9:58:48 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/8/2021<br>Old Membership Associate<br>Old Expiration 4/9/2020 |
| 2/15/2020 11:05:13 AM | Member Accepted Terms of Use Agreement During Profile Edit | Daniel Lambert accepted the Member Terms of Use Agreement |
| 9/4/2019 9:31:51 AM | Group Change | Member has **joined** group: Local Guild Communities: Montreal |
| 9/4/2019 9:31:32 AM | Group Change | Member has **joined** group: Local Guild Communities: Edmonton |
| 9/4/2019 9:31:06 AM | Group Change | Member has **joined** group: Local Guild Communities: Canberra, AU |
| 9/4/2019 9:30:25 AM | Group Change | Member has **joined** group: Local Guild Communities: Cape Town |
| 9/4/2019 9:29:20 AM | Group Change | Member has **joined** group: Local Guild Communities: Calgary |
| 8/12/2019 2:50:16 PM | Member Consented to Data Processing | Daniel Lambert gave consent to data processing. IP Address: 2.110.55.70 |
| 4/11/2019 12:07:42 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/9/2020<br>Old Membership Associate<br>Old Expiration 4/11/2019 |
| 10/17/2018 9:43:48 AM | Member Preferences Updated by Member | Daniel Lambert updated their member preferences. |

| Preference Description | Old Value | New Value |
|---|---|---|
| Profile: Display my 'Online Now' status and allow others to start a chat with me | On | Off |

| Date | Action | Details |
|---|---|---|
| 9/18/2018 1:31:31 PM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Mobile Area Code | 514 | |
| Mobile Number | 9967930 | |
| Employer Phone Area Code | 855 | |
| Employer Phone Number | 798-2042 x2010 | |

| Date | Action | Details |
|---|---|---|
| 9/18/2018 1:31:31 PM | Member Accepted Terms of Use Agreement During Profile Edit | Daniel Lambert accepted the Member Terms of Use Agreement |
| 8/6/2018 7:33:28 PM | Member Consented to Data Processing | Daniel Lambert gave consent to data processing. IP Address: 96.20.176.104 |
| 5/26/2018 11:40:44 AM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Name Prefix | | Mr |
| Employer Name | Benchmark/IRIS Business Architect | Benchmark Consulting / IRIS Business Architect |

| Date | Action | Details |
|---|---|---|
| 4/12/2018 12:15:02 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/11/2019<br>Old Membership Associate<br>Old Expiration 4/12/2018 |
| 4/4/2018 10:10:03 AM | Group Change | Member has **joined** group: Local Guild Communities: Central Europe |
| 10/17/2017 9:57:11 AM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Professional Title | Vice President | Vice President Business Architecture |

| Date | Action | Details |
|---|---|---|
| 10/3/2017 1:36:43 PM | Group Change | Member has **joined** group: Local Guild Communities: UK |
| 10/3/2017 12:21:05 PM | Group Change | Member has **joined** group: Local Guild Communities: Quebec |
| 10/3/2017 12:20:56 PM | Group Change | Member has **joined** group: Local Guild Communities: NYC |
| 10/3/2017 12:13:58 PM | Group Change | Member has **joined** group: Local Guild Communities: Toronto |
| 10/2/2017 7:26:42 AM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Do you undertand that your membership will be auto renewed unless you opt-out? | | Yes |

| Date | Action | Details |
|---|---|---|
| 4/12/2017 9:57:04 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/12/2018<br>Old Membership Associate<br>Old Expiration 4/13/2017 |

| 10/26/2016 11:49:52 PM | Member Profile Updated | Member has updated their profile. | | |
|---|---|---|---|---|
| | | **Field Name** | **Old Value** | **New Value** |
| | | Email | dlambert@benchmarkconsulting.com | dlambert@biz-architect.com |

| 10/26/2016 11:48:30 PM | Member Profile Updated | Member has updated their profile. | | |
|---|---|---|---|---|
| | | **Field Name** | **Old Value** | **New Value** |
| | | Personal Website | http://www.benchmarkconsulting.com | https://ca.linkedin.com/in/daniellambert1962 |
| | | Employer Website | | http://biz-architect.com/ |

| 10/26/2016 11:45:38 PM | Member Profile Updated | Member has updated their profile. | | |
|---|---|---|---|---|
| | | **Field Name** | **Old Value** | **New Value** |
| | | Employer Street Address Line 1 | 460 St-Catherine St West | 8270 Woodland Center Blvd |
| | | Employer Street Address Line 2 | Suite 612 | |
| | | Employer City | Montreal | Tampa |
| | | Employer Location | Quebec | Florida |
| | | Employer Postal Code | H3B 1A7 | 33614 |
| | | Employer Country | Canada | United States |

| 10/26/2016 11:41:49 PM | Member Profile Updated | Member has updated their profile. | | |
|---|---|---|---|---|
| | | **Field Name** | **Old Value** | **New Value** |
| | | Employer Name | Benchmark Consulting | Benchmark/IRIS Business Architect |

| 5/4/2016 10:41:32 AM | Updated Email Communication Preferences | Member has updated their email communication preferences. |
|---|---|---|
| 4/13/2016 7:33:07 AM | Membership Renewed | New Membership Associate<br>New Expiration 4/13/2017<br>Old Membership Associate<br>Old Expiration 4/14/2016 |
| 4/13/2016 7:33:07 AM | Group Change | Member has **joined** group: Industry reference: Industry Reference Model Leads and Mentors |
| 4/13/2016 7:33:07 AM | Group Change | Member has **joined** group: Industry reference: Healthcare Provider |
| 4/13/2016 | Group Change | Member has **joined** group: Industry reference: Financial Services |

| | | |
|---|---|---|
| 7:33:07 AM | | |
| 4/13/2016 7:33:07 AM | Group Change | Member has **joined** group: Industry reference: Manufacturing |
| 7/24/2015 9:41:09 AM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Employer Phone Number | 798-2042 | 798-2042 x2010 |

| | | |
|---|---|---|
| 7/24/2015 9:40:26 AM | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Home Street Address Line 1 | 24 Dobie | |
| Home City | Montreal | |
| Home Phone Number | 514-996-7930 | |
| Mobile Area Code | | 514 |
| Mobile Number | | 9967930 |
| Professional Title | Vice President Business Development | Vice President |
| Employer Street Address Line 1 | | 460 St-Catherine St West |
| Employer Street Address Line 2 | | Suite 612 |
| Employer City | | Montreal |
| Employer Location | | Quebec |
| Employer Postal Code | | H3B 1A7 |
| Employer Country | | Canada |
| Employer Phone Area Code | | 855 |
| Employer Phone Number | | 798-2042 |

| | | |
|---|---|---|
| 4/13/2015 11:23:45 AM | Membership Renewed | New Membership Associate New Expiration 4/14/2016 Old Membership associate Old Expiration 4/16/2015 |
| 4/13/2015 11:23:42 | Member Profile Updated | Member has updated their profile. |

| Field Name | Old Value | New Value |
|---|---|---|
| Home Street Address Line 1 | | 24 Dobie |
| Home City | | Montreal |
| Home Location | | Quebec |
| Home Postal Code | | H3P 1R8 |
| Home Country | | Canada |