# Exhibit E



| | A | B | C | D | E |
|---|---|---|---|---|---|
| 71 | 1 | 3 | Business Entity History Management | Ability to manage a chronological order of events and information related to a business entity. | |
| 72 | 1 | 3 | Business Entity Analytics Management | Ability to identify, establish, validate, and articulate metrics and measures on historic and predictive determinations of a business entity. | |
| 73 | 1 | 3 | Campaign Management | Ability to identify the need for, plan, design, execute, and measure the effectiveness of an outreach activity that targets a specific population; for example, customers, human resources, partners, and patients, to achieve a certain goal, such as marketing awareness, hiring activities, and health awareness. | |
| 74 | 1 | 2 | Campaign Definition | Ability to establish and identify a campaign. | |
| 75 | 1 | 3 | Campaign Establishment | Ability to declare a campaign. | |
| 76 | 1 | 3 | Campaign Identification | Ability to find and recognize a campaign. | |
| 77 | 1 | 2 | Campaign Design | Ability to define campaign collateral, including target-specific messaging, graphic designs for each delivery channel, as well as identify the right channel mix and execution sequence. | |
| 78 | 1 | 2 | Campaign Response Management | Ability to capture campaign target's interests, actions, and answers. | |
| 79 | 1 | 2 | Campaign Cost-Benefit Determination | Ability to define and optimize the campaign spend versus the value being delivered. | |
| 80 | 1 | 3 | Campaign Benefit Determination | Ability to project the value being delivered through a campaign. | |
| 81 | 1 | 3 | Campaign Cost Determination | Ability to project the required spend to deliver a campaign. | |
| 82 | 1 | 3 | Campaign Cost-Benefit Finalization | Ability to balance the spend versus value-add for a campaign. | |
| 83 | 1 | 2 | Campaign Portfolio Management | Ability to organize, aggregate, segment, and prioritize a collection of campaigns. | |
| 84 | 1 | 3 | Campaign Segmentation | Ability to classify and analyze campaigns based on specific attributes. | |
| 85 | 1 | 3 | Campaign Aggregation | Ability to group campaigns. | |
| 86 | 1 | 3 | Campaign Portfolio Balancing | Ability to evaluate and prioritize a collection of campaigns within a portfolio, based on specific attributes, such as cost, benefit, target demographic, and channel. | |
| 87 | 1 | 2 | Campaign Performance Management | Ability to determine how well a campaign is meeting specification and objective levels, or delivering against plan. | |
| 88 | 1 | 3 | Campaign Performance Threshold Setting | Ability to determine acceptable or unacceptable levels of performance for a campaign. | |
| 89 | 1 | 3 | Campaign Performance Threshold Measurement | Ability to determine if a campaign is exceeding or falling short of an acceptable threshold of performance. | |
| 90 | 1 | 3 | Campaign Performance Constraints Determination | Ability to assess what is causing a campaign to underperform. | |
| 91 | 1 | 2 | Campaign Risk Management | Ability to identify, assess, aggregate, articulate, and incorporate various exposures to harm, danger, or loss associated with a campaign, such as but not limited to, reputation (loss of trust). | |
| 92 | 1 | 3 | Campaign Risk Level Determination | Ability to identify and define the level of risk associated with a campaign. | |
| 93 | 1 | 3 | Campaign Risk Threshold Determination | Ability to identify and define the level of acceptable risk for a campaign. | |
| 94 | 1 | 3 | Campaign Risk Aggregation | Ability to consider a collective set of risk factors about a campaign and represent them from a rationalized perspective. | |
| 95 | 1 | 2 | Campaign Access Management | Ability to define, interpret, and enforce the right to view, use, or modify a campaign or its constituent parts. | |
| 96 | 1 | 3 | Campaign Access Constraints Definition | Ability to determine limitations of access rights to a campaign. | |
| 97 | 1 | 3 | Campaign Access Constraints Interpretation | Ability to understand the access rights limitations for a campaign. | |
| 98 | 1 | 3 | Campaign Access Enforcement | Ability to impose access rights limitations for a campaign. | |
| 99 | 1 | 2 | Campaign Matching | Ability to associate a campaign with other business objects. | |
| 100 | 1 | 3 | Campaign/Strategy Matching | Ability to associate a campaign with a strategy. | |
| 101 | 1 | 3 | Campaign/Plan Matching | Ability to associate a campaign with a plan. | |
| 102 | 1 | 3 | Campaign/Initiative Matching | Ability to associate a campaign with an initiative. | |
| 103 | 1 | 3 | Campaign/Brand Matching | Ability to associate a campaign with a brand. | |