# Exhibit F



| Lev | Type | Name | Description | Created By | Created Timestamp |
|---|---|---|---|---|---|
| 3 | Capability | Market and Message Pairing | Capability to relate a market to different types of promotional and advertising messages. | Anonymous User | 3/10/17 13:33 |
| 2 | Capability | Campaign Management | Capability to identify the need for, plan, design, execute, and measure the effectiveness of an outreach activity that targets a specific population; for example, customers, human resources, partners, and patients, to achieve a certain goal, such as marketing awareness, hiring activities, and health awareness. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Definition | Capability to establish and identify a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Establishment | Capability to declare a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Identification | Capability to find and recognize a campaign. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Design | Capability to define campaign collateral, including target-specific messaging, graphic designs for each delivery channel, as well as identify the right channel mix and execution sequence. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Response Management | Capability to capture campaign target's interests, actions, and answers. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Cost-Benefit Determination | Capability to define and optimize the campaign spend versus the value being delivered. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Benefit Determination | Capability to project the value being delivered through a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Cost Determination | Capability to project the required spend to deliver a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Cost-Benefit Finalization | Capability to balance the spend versus value-add for a campaign. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Portfolio Management | Capability to organize, aggregate, segment, and prioritize a collection of campaigns. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Segmentation | Capability to classify and analyze campaigns based on specific attributes. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Aggregation | Capability to group campaigns. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Portfolio Balancing | Capability to evaluate and prioritize a collection of campaigns within a portfolio, based on specific attributes, such as cost, benefit, target demographic, and channel. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Performance Management | Capability to determine how well a campaign is meeting specification and objective levels, or delivering against plan. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Performance Threshold Setting | Capability to determine acceptable or unacceptable levels of performance for a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Performance Threshold Assessment | Capability to determine if a campaign is exceeding or falling short of an acceptable threshold of performance. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Performance Constraints Determination | Capability to assess what is causing a campaign to underperform. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Risk Management | Capability to identify, assess, aggregate, articulate, and incorporate various exposures to harm, danger, or loss related with a campaign, such as but not limited to, reputation (loss of trust). | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Risk Level Determination | Capability to identify and define the level of risk related with a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Risk Threshold Determination | Capability to identify and define the level of acceptable risk for a campaign. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Risk Aggregation | Capability to consider a collective set of risk factors about a campaign and represent them from a rationalized perspective. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Access Management | Capability to define, interpret, and enforce the right to view, use, or modify a campaign or its constituent parts. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Access Constraints Definition | Capability to determine limitations of access rights to a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Access Constraints Interpretation | Capability to understand the access rights limitations for a campaign. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign Access Enforcement | Capability to impose access rights limitations for a campaign. | Anonymous User | 5/2/22 12:31 |
| 3 | Capability | Campaign Matching | Capability to relate a campaign with other business objects. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign/Strategy Matching | Capability to relate a campaign with a strategy. | Anonymous User | 5/2/22 12:31 |
| 4 | Capability | Campaign/Plan Matching | Capability to relate a campaign with a plan. | Anonymous User | 5/2/22 12:31 |