# Exhibit G



LAW CORPORATION

July 28, 2022

Mr. Daniel Lambert
Business Architecture Info
24 Dobie
Mont-Royal, QC H3P1R8

VIA ELECTRONIC MAIL

SUBJECT: Notice of Disciplinary Action and Opportunity to Submit Written Statements and Evidence

Notice of Suspension of License to Access Guild Materials

Dear Mr. Lambert:

This letter is to advise you that, pursuant to Corporations Code section 7341 and the Business Architecture Guild's (the "Guild") Bylaws, Article 15, Section 6, you will be subject to disciplinary action described below, effective August 13, 2022, unless you request the opportunity to submit written statements and evidence on this matter as described below. The proposed discipline includes permanent expulsion from the Guild.

Additionally, effective immediately, the Guild hereby suspends your access to Guild licensed materials based on your breach of the written License Agreements between you and the Guild. A copy of one of the License Agreements between you and the Guild is attached hereto as Attachment A.

The reason for the disciplinary action is that the Guild has concluded that you have misappropriated Guild copyrighted material and breached the written Licensing Agreements between you and the Guild, in flagrant violation of the Guild's Code of Ethics. Two examples of this misappropriation of Guild materials are attached hereto as Attachment B. The Code of Ethics is available for viewing on the Guild's website.

The Guild has concluded that your conduct (1) constituted an unlawful and inappropriate taking of Guild content despite your explicit agreements not to misappropriate said content, (2) constituted a substantial breach of the Ethics Code prescribed to members of the Guild, and (3) was prejudicial to the interests of the Business Architecture Guild and its members.

As noted above, you may request the opportunity to submit written statements and evidence on this matter. To do so, you must submit your request to this office not later than 5:00 p.m. on August 2, 2022. Any written statements and evidence must be delivered to this office not later than 5:00 p.m. on August 8, 2022. If you request the opportunity to submit written statements and evidence, the Business Architecture Guild will, upon confirmation of receipt of your written statements and evidence, but in no event prior to August 9, 2022, provide you with a copy of the

P: 916.444.5959
F: 916.943.0703
6060 Sunrise Vista Drive
Suite 3350
Citrus Heights, CA 95610

**Mark Alcorn, J.D., M.B.A.**
E: mark@alcornlaw.com
C: 916.320.6456

**Molly Alcorn, J.D.**
E: molly@alcornlaw.com
C: 530.400.6604

written statements and evidence that will be submitted by the Business Architecture Guild to the committee identified below. Persons preparing the Business Architecture Guild statements and evidence will not be informed about or permitted to review your statements and evidence prior to submittal of its own statements and evidence to the committee. These materials will be submitted to a Special Ad Hoc Review Committee appointed by the Executive Committee for review and decision. Neither party will be permitted to reply to statements and evidence submitted by the other party. The decision of the Special Ad Hoc Review Committee concerning all aspects of discipline and/or expulsion will be final.

Further, the Guild hereby demands that you immediately cease and desist from republishing or making derivative works of Guild copyrighted materials for any purposes whatsoever.

Finally, the Guild reserves the right to pursue any and all legal remedies arising from your infringement on Guild copyrights and breach of contract, among other things.

Please direct all communications pertaining to this matter to this office.

Sincerely,

Alcorn Law Corporation
By

Mark Alcorn
Attorney at Law
Counsel for the Business Architecture Guild

C: Board of Directors, Business Architecture Guild

Attachments
License Agreement
Examples of Infringements

# LICENSE AGREEMENT FOR DOWNLOADABLE GOODS

## Attachment A

Version B, November 2018

This License Agreement (the "Agreement"), is made by and between the Business Architecture Guild (also referred to as the "Guild"), and you and all entities referenced herein (hereafter known as "Licensee", and collectively, the "Parties").

By subscribing to/purchasing/downloading a Downloadable Product (hereinafter "Product" or "Downloadable Product") as defined below) from the Business Architecture Guild, Licensee agrees to be bound by thefollowing terms:

## Conditions of Sale

**1. The Contract:** When you License Downloadable Product or Productsfrom the Business Architecture Guild you are automatically agreeing to these license terms and are expected to abide by them as a Licensee.**THE DOWNLOADABLE PRODUCT OR PRODUCTS ARE THE PROPERTY OF THE BUSINESS ARCHITECTURE GUILD (THE GUILD) AND ARE LICENSED UNDER THIS AGREEMENT, NOT SOLD. BY DOWNLOADING, INSTALLING, OBTAINING OR OTHERWISE ACCESSING OR USING THE DOWNLOADABLE PRODUCT, YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, THAT YOU UNDERSTAND IT, AND THAT YOU ACCEPT AND AGREE TO BE BOUND BY ITS TERMS. IF YOU ARE ACCEPTING THIS AGREEMENT ON BEHALF OF A COMPANY, ORGANIZATION, EDUCATIONAL INSTITUTION, OR AGENCY, INSTRUMENTALITY OR DEPARTMENT OF A GOVERNMENT (AN "ENTITY") AS ITS AUTHORIZED LEGAL REPRESENTATIVE, THEN YOU REPRESENT AND WARRANT THAT YOU HAVE THE POWER AND AUTHORITY TO BIND SUCH ENTITY TO THESE TERMS, AND REFERENCES TO "YOU" HEREIN REFER TO BOTH YOU, THE INDIVIDUAL END USER, AND THE ENTITY ON WHOSE BEHALF YOU ARE ACCEPTING THIS AGREEMENT.**

**2. Cancellation and Refunds:** By downloading any Product from the Guild's Store, the Licensee affirms that it understands the Guild's cancellation and refund policy.

All transactions are final, which means that due to the digital nature of the Product/service, and because instant access is granted immediately upon completion of the transaction, no refunds are given.

**3. Price and Payment**: The license fee for Downloadable Product will be as quoted on the "Store" at the then current time, except in the case of obvious error. Payment is processed securely busing a 2rd party payment processor and must be made prior to downloading. All payment will be in USD.

**4. Delivery:** Digital goods (free or paid) are delivered to the Licensee in various methods:

- via direct download to the Licensee'spersonal computer
- via direct download to the Licensee'spersonal mobile device

Licensee hereby agrees to download digital goods exclusively for the purpose of furthering the Licensee's own knowledge, for research related purposes, or for furthering work within the internal confines of any entity Licensee. Licensee also agrees not to copy, redistribute, transmit, assign, sell, broadcast, rent, share, lend, modify, adapt, edit, sub-license or transfer any Downloadable Product to any other person or entity except as may be authorized by this Agreement. Nothing in these conditions of sale grants the Licensee any rights other than those expressly set out herein. These terms do not grant the Licensee any rights in relation to the synchronization, public performance, promotional use, commercial sale, resale, reproduction, distribution or commercial exploitation of any digital goods or services. Any breaches of these terms will be pursued to the full extent of the law. Some Downloadable Products sold via Business Architecture Guild may contain additional licensing terms or terms of use within the download which the Licensee hereby agrees to abide by.

Licensee acknowledges that the Products downloaded from the Business Architecture Guild store are, except as otherwise identified on said Products, the property of the Business Architecture Guild.

IMPORTANT NOTE:The contents of the Business Architecture Guild store are educational and informational in nature, and not intended as minimum standards, or constitute legal, business or other professional advice.They are offered "as is."The accuracy and appropriateness of the information presented herein may be dependent upon the actual facts and circumstances in each particular situation, all (facts and circumstances) of which are unknown to the Business Architecture Guild.

As such.**THE GUILD DOES NOT CERTIFY OR GUARANTEE THE ACCURACY OR APPROPRIATENESS OF THE INFORMATION OR IDEAS PRESENTED HEREIN, AND DISCLAIMS ANY AND ALL EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE.**

The Guild does not endorse, nor has it accredited, certified or approved any of the persons or entities providing materials herein.Users are advised to carefully review the ideas and information presented herein with qualified legal and other advisors prior to acting upon or implementing said ideas and information.

Licensee understands that the Guild is under no obligation to support, update or maintain any Products available at the Guild store.

Business Architecture Guild® represents, and licensee agrees, that the business architecture content contained herein:
• May be modified or augmented for use at one's own discretion, but solely for the said licensee, and not for sale or distribution to or for any third party without the prior written consent of the Business Architecture Guild.
• Is not intended to fully represent a complete business architecture perspective
• Does not represent any specific tool import or export format
• May be updated by the Guild at any point in time to reflect evolution of the practice
• Is not presented as being free from errors or omissions
• IS FOR LICENSEE'S INTERNAL USE ONLY AND NOT FOR DISTRIBUTION TO 3RD PARTIES in whole, in part or in any derivative format without the prior written consent of the Business Architecture Guild. If the Licensee is an entity, it may share Downloadable Product within the confines of the internal activities of the entity/Licensee, including sharing the Downloadable Product with and among employees of the entity, including agents, consultants and contractors to the extent permitted herein. Access granted by Licensee to employees, agents, consultants and contractors of licensee shall be solely for the purpose of providing, and only to the extent necessary to provide, the services required by the Licensee, all use of which shall be subject to the restrictions and limitations of this License Agreement. The Licensee shall be responsible and accountable for all aspects of use of the Downloadable Product by its employees, agents, consultants and contractors. Licensee shall maintain the same reasonable procedures and safeguards on the use of the Downloadable Product by its employees, agents, consultants and contractors as it maintains to protect its own intellectual property.

**5. Licensee Requirements:** In order for the Licensee to access the digital goods (premium content or downloadable Licenses) the Licensee is required to have:
· an internet connection // Google Chrome highly suggested.
· a personal desktop computer or mobile device capable of opening the digital goods or downloaded content.

**6. Force Majeure:** Neither party shall be liable for any delay or failure to perform any of its obligations if the delay or failure results from events or circumstances outside its reasonable control, including but not limited to acts of God, strikes, lock outs, accidents, war, fire, the act or omission of government, highway authorities or any telecommunications carrier, operator or administration or other competent authority, the act or omission of any Internet Service Provider, or the delay or failure in manufacture, production, or supply by third parties of equipment or services, and the party shall be entitled to a reasonable extension of its obligations after notifying the other party of the nature and extent of such events.

**7. Severance:** If any provision of this Agreement is held invalid, illegal or unenforceable for any reason by any Court of competent jurisdiction such provision shall be severed and the remainder of the provisions hereof shall continue in full force and effect as if this Agreement had been agreed with the invalid illegal or unenforceable provision eliminated.

**8. Assumption of Risk:** Licensee agrees to accept all risk associated with the use of any Product, including but not limited to application to Licensee's work, the use of any Product personally or in business, all taxes and regulations applicable to any Product, all legal compliance issues related to any Product. Licensee understands that the Guild is disclaiming all liability from harm of any kind or nature caused directly or indirect from any Product.

**10. Indemnification:** Licensee agrees to indemnify and hold harmless the Guild, its affiliates, and its respective officers, directors, agents, employees, and other independent contractors from any and all claims, demands, losses, causes of action, damage, lawsuits, judgments, including attorneys' fees and costs, arising out of, or relating to, Licensee's action(s) under this Agreement or misuse of a Product. Licensee agrees to defend against any and all claims, demands, causes of action, lawsuits, and/or judgments arising out of, or relating to, the Licensee's participation under this Agreement, unless expressly stated otherwise by the Guild, in writing.

**11. Limitation of Liability:** Licensee agrees that Business Architecture Guild'sliability for any reason shall be no more than the total License price of the digital good or servicesubscribed to/Licensee.

**12. Entire Agreement:** This Agreement contains the entire Agreement between the parties relating to the subject matter and supersedes any previous agreements, arrangements, undertakings or proposals, oral or written. This Agreement may be updated without notice. Neither course of performance, nor course of dealing, nor usage of trade, shall be used to qualify, explain, supplement or otherwise modify any of the provisions of this Agreement. No amendment of, or any consent with respect to, any provision of this Agreement shall bind either party unless set forth in a writing, specifying such waiver, consent, or amendment, signed by both parties.

**13. Governing Law and Jurisdiction:** These terms shall be governed by and construed in accordance with the law of California and the parties hereby submit to the exclusive jurisdiction of the US courts of the state of California.In the event that legal action is necessary to enforce the terms of this Agreement, the prevailing party shall be entitled to an award of attorney's fees and costs associated with said enforcement.
**14. Binding Arbitration:** Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

# Attachment B(1)

Utilities Business Architecture Framework Diagrams - 250 pages

C$499.50



**Attachment B(2)**

businessarchitecture.info/product-page/utilities-business-architecture-framework-and-examples-excel-file

File Home Insert Page Layout Formulas Data Review View Help

| Name | Description | Created |
|---|---|---|
| 1037 Location Evaluation Management | Capability to measure the quality characteristic of a given location. | Anonymous |
| 1038 Location Value Determination | Capability to identify a value that is associated to a given location. | Anonymous |
| 1039 Location Information Management | Capability to organize, track, report on, or otherwise disseminate basic attributes, data, and other perspectives about a location. | Anonymous |
| 1040 Location Profile Management | Capability to identify, represent, and disseminate certain location attributes, including addresses, geographic coordinates, and regional interpretations. | Anonymous |
| 1041 Location Classification Management | Capability to define and maintain the classifications and categorizations of a given location. | Anonymous |
| 1042 Location Status Management | Capability to define and maintain the various conditions that a given location is in at a specific time. | Anonymous |
| 1043 Location History Management | Capability to record, retain, and retrieve a location as information changes over time. | Anonymous |
| 1044 Location Pattern Analysis | Capability to discover, interpret, and communicate meaningful patterns, metrics from location information. | Anonymous |
| 1045 Location Dissemination | Capability to communicate information related to a given location. | Anonymous |
| 1046 Location Risk Identification | Capability to identify actual and potential risk exposure to a location. | Anonymous |
| 1047 Location Risk Identification | Capability to identify actual and potential risk exposure to a location. | Anonymous |
| 1048 Location Risk Evaluation | Capability to observe, check, or keep a continuous record of an actual and potential risk to a location. | Anonymous |
| 1049 Location Risk Monitoring | Capability to observe, check, or keep a continuous record of an actual an potential risk to a location. | Anonymous |
| 1050 Location Risk Mitigation | Capability to lessen the negative impact of actual or potential risk to a location. | Anonymous |
| 1051 Location Access Management | Capability to control which members of the Utility Organization, partner, or another Stakeholder can use a given location. | Anonymous |
| 1052 Location Pairing | Capability to associate a given location with business concepts specific to that location including policies, ownership, or other locations. | Anonymous |
| 1053 Location and Policy Pairing | Capability to associate certain rules, legislation, or related constraints with a given region, state, province, or another domain. | Anonymous |
| 1054 Location and Location Pairing | Capability to identify whether a given location and a target location are the same or not, particularly when they are expressed in the different representations. | Anonymous |
| 1055 Channel and Time Pairing | Capability to associate a given location with time. | Anonymous |
| Total | | |

Glossary Capabilities Value Streams Information Organization Stakeholder Product Policies Journey

# Utilities Business Architecture Framework and Examples Excel File

C$1,999.50

Add to Cart

This **Utilities Business Architecture Framework and Examples Excel** file (866 KB) is specially made for electric, gas, and water utility companies. The