# Exhibit H

**Business Architecture Guild Admin**
**<admin@businessarchitectureguild.org>**

# Re:
1 message

**BA Guild admin**                                                    Tue, Oct 25, 2016 at 1:22
<admin@businessarchitectureguild.org>                                                       PM
To: Daniel Lambert <dlambert@benchmarkconsulting.com>
Cc: Alain Picard <apicard@benchmarkconsulting.com>, Whynde Kuehn
<whynde.kuehn@gmail.com>, William Ulrich <wmmulrich.tsg@gmail.com>

Hello again,

Upon further review, your use of the term partnership on both the New York and London posts is unacceptable. The Guild is sponsoring these community gatherings, but we are not in partnership with any of these companies. We do not partner without an agreement. Please remove those lines as soon as possible.

London and New York were beta groups S. AFR is our first gathering. We have approved one more and one is in the works. Right now we do not have budget for more. We want to make sure these initial groups have the funding they need to establish themselves.

We have published many gathering resources on the Guild site. In the toolkit we suggest that groups be between 10 and 25 people. This is a reasonable number for us to fund and is a large enough number for people to make new connections and come up with common goals. Once these groups are established, we may want to increase numbers, but at this point we do not require a great deal of promotion.  Please ok any future postings with me.

I do not want to dampen anyone's enthusiasm,  but iIdo want it channeled in keeping with the direction the Guild provides, and in keeping with our mission.

Thank you


*All the best,*
*Kathy*

*Kathleen O. Ulrich | Executive Director*
kathy@businessarchitectureguild.org | http://www.businessarchitectureguild.org

On Tue, Oct 25, 2016 at 6:05 AM, Daniel Lambert <dlambert@benchmarkconsulting.com> wrote:
> Hi Kathy,
>
> **Business Architecture Guild® South Africa Gathering**
>
> Regarding South Africa, I was asked by Whynde to make this posting and send a few emails. She had agreed to it. Please find on this link a new posting: http://biz-architect.com/business-architecture-south-africa-meetup-on-oct-28-2016/ . It now has your trademark and logo. Is this to your satisfaction?
>
> **Business Architecture Guild® New York Meetup**
>
> Regarding New York, I have posted this: http://biz-architect.com/business-architecture-new-york-meetup-on-dec-6-2016/ . It has your trademark and logo. Since it is not on the Guild's website, does it mean I have to delete this posting?
>
> **UK Business Architecture Guild® Community Meetup**
>
> Regarding New York, I have posted this: http://biz-architect.com/business-architecture-london-uk-meetup-on-nov-9-2016/ . It has your trademark and logo. Since it is not on the Guild's website, does it mean I have to delete this posting?
>
> Regards,
>
> Daniel Lambert
>
> 855-798-2042 x 2010
>
> http://biz-architect.com/

On Fri, Oct 21, 2016 at 2:59 PM, BA Guild admin <admin@businessarchitectureguild.org> wrote:
> Hello Daniel,
>
> We noticed that you have posted information about the Business Architecture Guild® South Africa Gathering. We appreciate your assistance in promoting this event. We are very excited about it and hope it is very well

received.

However, we do have a couple of requests.

- If the Guild has not posted about an event, Iris should not. In this case Iris misrepresented an event as a Guild event when it was not at the time of posting. Guild Gatherings are announced as featured News item as well as elsewhere. If you are unsure if we have posted, just contact me.
- We'd like anyone who posts to use the trademark - Business Architecture Guild®

*All the best,*
*Kathy*

*Kathleen O. Ulrich | Executive Director*
[kathy@businessarchitectureguild.org](mailto:kathy@businessarchitectureguild.org) | [http://www.businessarchitectureguild.org](http://www.businessarchitectureguild.org)