AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br>*Do not mail; see e-filing instructions at bottom of page.* | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following ...

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 5:23-cv-00944 | DATE FILED March 2, 2023 | U.S. DISTRICT COURT<br>Northern District of California, San Jose Division |
|---|---|---|
| **PLAINTIFF**<br>BUSINESS ARCHITECTURE GUILD, a California nonprofit corporation | | **DEFENDANT**<br>DANIEL LAMBERT, an individual, and 8781877 CANADA INC. d/b/a BUSINESS ARCHITECTURE INFO, a Canadian corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,509,296 | 4/8/2014 | BUSINESS ARCHITECTURE GUILD |
| 2 | 4,883,382 | 1/5/2016 | BUSINESS ARCHITECTURE GUILD |
| 3 | 4,749,947 | 6/2/2015 | BUSINESS ARCHITECTURE GUILD |
| 4 | 4,917,714 | 3/15/2016 | BUSINESS ARCHITECTURE GUILD |
| 5 | 5,510,230 | 7/3/2018 | BUSINESS ARCHITECTURE GUILD |
| 6 | 3,096,952 | 5/23/2006 | BUSINESS ARCHITECTURE GUILD |
| 7 | 4,464,893 | 1/4/2014 | BUSINESS ARCHITECTURE GUILD |
| 8 | 3,909,823 | 1/25/2011 | BUSINESS ARCHITECTURE GUILD |
| 9 | 5,285,339 | 9/12/2017 | BUSINESS ARCHITECTURE GUILD |
| 10 | 4,917,715 | 3/15/2016 | BUSINESS ARCHITECTURE GUILD |
| 11 | 5,210,000 | 5/23/2017 | BUSINESS ARCHITECTURE GUILD |
| 12 | 5,084,034 | 11/15/2016 | BUSINESS ARCHITECTURE GUILD |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |||
|---|---|---|
| CLERK<br><br>Mark B. Busby | (BY) DEPUTY CLERK | DATE |

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**

[Save As New PDF]        [Reset Form]