J. MICHAEL KEYES (SBN 262281)
keyes.mike@dorsey.com
CONNOR J. HANSEN (*pro hac vice* pending)
hansen.connor@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

*Attorneys for Plaintiff*
*Business Architecture Guild*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUSINESS ARCHITECTURE GUILD, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAMBERT, an individual, and 8781877 CANADA INC. d/b/a BUSINESS ARCHITECTURE INFO, a Canadian corporation<br><br>Defendants. | Case No. 5:23-cv-00944<br><br>**DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 2, 2023

DORSEY & WHITNEY LLP

By:   */s/ J. Michael Keyes*
     J. Michael Keyes (SBN 262281)
     Connor J. Hansen (*pro hac vice* pending)
     keyes.mike@dorsey.com
     hansen.connor@dorsey.com

*Attorneys for Plaintiff*
*Business Architecture Guild*

-2-