UNITED STATES DISTRICT COURT

for the Northern District of California

BUSINESS ARCHITECTURE GUILD, a California
Nonprofit Corporation,

Plaintiff

Vs.                                             Civil Action No. 4:23-cv-00944 KAW

DANIEL LAMBERT, an individual, and
8781877 CANADA INC.
d/b/a BUSINESS ARCHITECTURE INFO,
a Canadian corporation

Defendants

# AFFIDAVIT OF SERVICE

I, **DANIEL BROSSEAU,** of the City of Montreal, in the Province of Quebec;

**MAKE OATH AND SAY:**

1. On March 14, 2023, at approximately 9:19 a.m. I served 8781877 CANADA INC. d/b/a BUSINESS ARCHITECTURE INFO, a Canadian Corporation with the following documents:

   Summons
   Letter
   Complaint
   Civil Cover Sheet
   Disclosure of Conflicts and Interested Entities of Persons
   Notice of Case Assignment to Magistrate Judge Kandis A. Westmore
   Order Setting Initial Conference and ADR Deadlines
   ECF Registration Information
   Standing Order for Magistrate Judge Kandis A. Westmore
   Notice Re Telephone Appearance Procedures for Magistrate Judge Kandis A. Westmore
   Notice of Lawsuit and request to Waive Service of Summons
   Notice of Assignment to U.S. Magistrate Judge / Consent or Declination to Magistrate Judge Jurisdiction
   Standing Order for All Judges of the Northern District of California
   Waiver of Service of Summons

   Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore

…2

-2-

by leaving a copy of each in a sealed envelope in the mailbox at the registered office address as per the attached Federal Corporation Profile Report dated March 14, 2023, attached hereto as Exhibit "A" after attempting to hand the package to Daniel Lambert, Director and a person who appeared to be in control and management of the company at the time of service at the place of business, at 22 Avenue Dobie, Mont-Royal, QC, Canada, H3P 1R8.

2. Mr. Lambert confirmed his identity by means of verbal identification but advised me he didn't want the documents and refused to take them from me.

**SWORN BEFORE ME** at the            )
City of Montreal, QC this 22 day      )
of March, 2023                         )
                                       )
                                       )
_____                )     _____
Commissioner for taking affidavits           **DANIEL BROSSEAU**

*EXHIBIT A*

*Sworn before me at the City of Montréal 22th march 2023*

[signature] #227 296

| | |
|---|---|
| Innovation, Science and Economic Development Canada — Corporations Canada | Innovation, Sciences et Développement économique Canada — Corporations Canada |
| Corporations Canada<br>C. D. Howe Building<br>235 Queen St<br>Ottawa ON K1A 0H5 | Corporations Canada<br>Édifice C.D.Howe<br>235 rue Queen<br>Ottawa ON K1A 0H5 |

## Corporate Profile / Profil corporatif

| Date and time of Corporate Profile (YYYY-MM-DD) | 2023-03-14 9:12 AM | (AAAA-MM-JJ) Date et heure du Profil corporatif |
|---|---|---|

### CORPORATE INFORMATION / RENSEIGNEMENTS CORPORATIFS

| | | |
|---|---|---|
| **Corporate name** | 8781877 Canada Inc. | **Dénomination** |
| **Corporation number** | 878187-7 | **Numéro de société ou d'organisation** |
| **Business number** | 816791032RC0001 | **Numéro d'entreprise** |
| **Governing legislation** | *Canada Business Corporations Act* (CBCA) - 2014-02-06<br>*Loi canadienne sur les sociétés par actions* (LCSA) - 2014-02-06 | **Régime législatif** |
| **Status** | Active<br>Active | **Statut** |

### REGISTERED OFFICE ADDRESS / ADRESSE DU SIÈGE

22 Dobie
Mont-Royal QC  H3P 1R8
Canada

### ANNUAL FILINGS / DÉPÔTS ANNUELS

| | | |
|---|---|---|
| **Anniversary date (MM-DD)** | 02-06 | **(MM-JJ) Date anniversaire** |
| **Filing period (MM-DD)** | 02-06 to/au 04-07 | **(MM-JJ) Période de dépôt** |
| **Status of annual filings** | Filed  2023  Déposé<br>Filed  2022  Déposé<br>Filed  2021  Déposé | **Statut des dépôts annuels** |
| **Date of last annual meeting (YYYY-MM-DD)** | 2023-02-24 | **(AAAA-MM-JJ) Date de la dernière assemblée annuelle** |
| **Type** | Non-distributing corporation with 50 or fewer shareholders<br>Société n'ayant pas fait appel au public et comptant 50 actionnaires ou moins | **Type** |



| Telephone / Téléphone | Email / Courriel | Website / Site Web | |
|---|---|---|---|
| 1-866-333-5556 | ic.corporationscanada.ic@ised-isde.gc.ca | https://corporationscanada.ic.gc.ca | 1 / 2 |

| DIRECTORS | | ADMINISTRATEURS |
|---|---|---|
| **Minimum number** | 1 | **Nombre minimal** |
| **Maximum number** | 10 | **Nombre maximal** |
| **Current number** | 1 | **Nombre actuel** |
| DANIEL LAMBERT | 24 Dobie, Mont-Royal QC  H3P 1R8, Canada | |

## CORPORATE HISTORY / HISTORIQUE CORPORATIF

**Corporate name history (YYYY-MM-DD)** / (AAAA-MM-JJ) **Historique de la dénomination**

2014-02-06 to present / à maintenant     8781877 Canada Inc.

**Certificates issued (YYYY-MM-DD)** / (AAAA-MM-JJ) **Certificats émis**

Certificate of Incorporation     2014-02-06   Certificat de constitution en société

Amendments details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed.

Seuls les renseignements concernant les modifications effectuées après 2010-03-20 sont disponibles. Certains certificats émis avant 2000 pourraient ne pas être listés.

**Documents filed (YYYY-MM-DD)** / (AAAA-MM-JJ) **Documents déposés**

The Corporate Profile sets out the most recent information filed with and accepted by Corporations Canada as of the date and time set out on the Profile.

Le Profil corporatif fait état des renseignements fournis et acceptés par Corporations Canada à la date et à l'heure indiquées dans le profil.

