UNITED STATES DISTRICT COURT

for the Northern District of California

BUSINESS ARCHITECTURE GUILD, a California
Nonprofit Corporation,

Plaintiff

Vs.                                                              Civil Action No. 4:23-cv-00944 KAW

DANIEL LAMBERT, an individual, and
8781877 CANADA INC.
d/b/a BUSINESS ARCHITECTURE INFO,
a Canadian corporation

Defendants

## AFFIDAVIT OF SERVICE

I, **DANIEL BROSSEAU,** of the City of Montreal, in the Province of Quebec;

**MAKE OATH AND SAY:**

1. On March 16, 2023, at approximately 6:12 p.m. I served DANIEL LAMBERT, an individual with the following documents:

   Summons
   Letter
   Complaint
   Civil Cover Sheet
   Disclosure of Conflicts and Interested Entities of Persons
   Notice of Case Assignment to Magistrate Judge Kandis A. Westmore
   Order Setting Initial Conference and ADR Deadlines
   ECF Registration Information
   Standing Order for Magistrate Judge Kandis A. Westmore
   Notice Re Telephone Appearance Procedures for Magistrate Judge Kandis A. Westmore
   Notice of Lawsuit and request to Waive Service of Summons
   Notice of Assignment to U.S. Magistrate Judge / Consent or Declination to Magistrate Judge Jurisdiction
   Standing Order for All Judges of the Northern District of California
   Waiver of Service of Summons

   Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore

-2-

by leaving a copy of each in a sealed envelope addressed to Daniel Lambert in the mailbox of the residence at 22 Avenue Dobie, Mont-Royal, QC, Canada, H3P 1R8 after knocking on the front door and receiving no answer. I did not see the package in the mailbox that I left on March 14, 2023.

2. I previously spoke to Mr. Lambert personally on March 14, 2023 at the above address and he confirmed his identity but refused to take the package from me at the time. I believe that the package left in the mailbox will come to his attention.

**SWORN BEFORE ME** at the City of Montreal, QC this 22 day of March, 2023

_____
Commissioner for taking affidavits   #227 296

MARCELLE LEVESQUE

**DANIEL BROSSEAU**