J. MICHAEL KEYES (SBN 262281)
keyes.mike@dorsey.com
CONNOR J. HANSEN (*pro hac vice*)
hansen.connor@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820

*Attorneys for Plaintiff*
*Business Architecture Guild*

ERIC J. MENHART, ESQ. (*pro hac vice*)
Eric.Menhart@Lexero.com
LEXERO LAW
80 M St SE, Ste 100, Washington, DC 20003
Telephone:  (855) 453-9376
Facsimile:  (855) 453-9376

*Attorney for Defendants Daniel Lambert*
*and 878177 Canada Inc. d/b/a Business*
*Architecture Info.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BUSINESS ARCHITECTURE GUILD, a California nonprofit corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>DANIEL LAMBERT, an individual, and 878177 CANADA INC. d/b/a BUSINESS ARCHITECTURE INFO, a Canadian corporation,<br><br>                    Defendants. | Case No. 5:23-cv-00944-BLF<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order Directing Parties to Submit Status Update (ECF No. 29), Plaintiff Business Architecture Guild ("Plaintiff") and Defendants Daniel Lambert and 878177 Canada Inc. d/b/a Business Architecture Info ("Defendants") hereby submit this Joint Status Report.

On July 17, 2023, upon the stipulation of the Parties, the Court issued an Order staying this action pending arbitration.  ECF No. 26.  On July 21, 2023, Plaintiff filed a demand for arbitration with the American Arbitration Association and the Parties have been engaged in arbitration proceedings since that date.  The Arbitrator held a final arbitration hearing on April 25, 2024 and April 26, 2024 and issued an Interim Award on July 29, 2024.  In the Interim Award, the Arbitrator requested additional briefing relating to an award of attorneys' fees and costs, the briefing for which will be complete by September 13, 2024.  The Parties anticipate that the arbitrator will issue a Final Award in due course following completion of the ongoing briefing.

Pursuant to the Court's July 17, 2023 Order suspending these proceedings (ECF No. 26), the Parties will file a further Status Report within ten days of receipt of the Final Award in the ongoing arbitration proceeding.

///

///

///

///

///

///

///

///

///

///

///

///

1  Dated:  August 29, 2024                    DORSEY & WHITNEY LLP

2

3                                             By:  /s/ J. Michael Keyes
                                                  J. Michael Keyes (SBN 262281)
4                                                 Connor J. Hansen (*pro hac vice*)
                                                  keyes.mike@dorsey.com
5                                                 hansen.connor@dorsey.com
                                                  Columbia Center
6                                                 701 Fifth Avenue, Suite 6100
                                                  Seattle, WA 98104
7                                                 (206) 903-8800

8                                                 *Attorneys for Plaintiff*
                                                  *Business Architecture Guild*
9

10  Dated: August 26, 2024                    LEXERO LAW

11                                            By:  /s/ Eric J. Menhart
                                                  Eric J. Menhart, Esq. (*pro hac vice*)
12                                                Eric.Menhart@Lexero.com
                                                  80 M St SE, Ste 100
13                                                Washington, DC 20003
                                                  (855) 453-9376
14
                                                  *Attorney for Defendants Daniel Lambert*
15                                                *and 878177 Canada Inc. d/b/a Business*
                                                  *Architecture Info.*
16

17                                 **ATTESTATION**

18

19         I, J. Michael Keyes, am the ECF user whose ID and password are being used to file the

20  above Joint Status Report.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric J.

    Menhart has concurred in the filing of this Joint Status Report.
21

22                                                /s/ J. Michael Keyes
                                                  J. Michael Keyes, SBN 262281
23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on August 29, 2024, a true and correct copy of the foregoing was served

3

on the following individuals via email, per prior agreement to accept electronic service:

4

Eric Menhart (*pro hac vice*)
5
Eric.Menhart@Lexero.com
80 M St SE, Ste 100
6
Washington, DC 20003
Phone: 855-453-9376 Ext. 101
7
Fax: 855-453-9376

8
*Attorney for Daniel Lambert and 878177 Canada*
*Inc. d/b/a Business Architecture Info.*

9
*/s/ J. Michael Keyes*
10
J. Michael Keyes, SBN 262281

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28