Eric J. Menhart, Esq. (*Admitted Pro Hac Vice*)
Lexero Law
80 M St SE Ste 100
Washington, DC 20003
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| BUSINESS ARCHITECTURE GUILD<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAMBERT, ET AL.<br><br>Defendants. | Case No. 5:23-cv-00944-BLF<br><br>**ERRATA RE MOTION TO WITHDRAW OF ERIC MENHART AND LEXERO LAW**<br><br>**Date:** January 16, 2025<br>**Time:** 9:00 AM PT<br>**Location:** [Pending Local Rule 7-11 Administrative Request for Telephonic Hearing] |
|---|---|

On September 10, 2024, a version of the Motion to Withdraw (Dkt. #32) was filed with one line that was erroneously unchanged from a prior filing. Undersigned is now including, as an exhibit to this filing, the correct version of the Motion. The proposed order and other content of the Motion to Withdraw is unchanged.

Respectfully submitted,

/s/ Eric J. Menhart
Eric J. Menhart, Esq. *
* *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

/s/ Eric J. Menhart
Eric J. Menhart, Esq. *
* *Admitted Pro Hac Vice*