Eric J. Menhart, Esq. (*Admitted Pro Hac Vice*)
Lexero Law
80 M St SE Ste 100
Washington, DC 20003
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| BUSINESS ARCHITECTURE GUILD<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAMBERT, ET AL.<br><br>Defendants. | Case No. 5:23-cv-00944-BLF<br><br>**MOTION TO WITHDRAW OF ERIC MENHART AND LEXERO LAW**<br><br>**Date:** January 16, 2025<br>**Time:** 9:00 AM PT<br>**Location:** [Pending Local Rule 7-11 Administrative Request for Telephonic Hearing] |

**NOTICE OF MOTION**

Please take notice that on January 16, 2025, at 9:00 AM PT, at a location to be set by the Court, undersigned counsel will move to withdraw from the matter.

Counsel for Plaintiffs and Defendants have conferred but have not been able to resolve the underlying issues addressed herein.

Defendant's request is based on this instant Motion, any oral argument that may be heard, the relevant files and records of this action, and such other and further matters as the Court may consider proper.

1    Pursuant to Civil Local Rule 11-5, undersigned counsel Eric Menhart and Lexero Law
2    must withdraw, pursuant Rule 1.16(b) of the ABA Model Rules of Professional Conduct, from
3    representing all named Defendants.
4    Undersigned must withdraw pursuant to 1.16(b)(1), 1.16(b)(5), 1.16(b)(6), and
5    1.16(b)(7). While other provisions of 1.16(b) may be applicable, none are being cited for
6    purposes of this motion.
7    Written notice of intent to withdraw was provided to each named Defendant via email on
8    September 3, 2024. Written notice of withdrawal was also provided to each named Defendant on
9    September 10, 2024.

1  Respectfully submitted,

2  /s/ Eric J. Menhart
3  Eric J. Menhart, Esq. *
   * *Admitted Pro Hac Vice*

4
                    **CERTIFICATE OF SERVICE**
5
        I hereby certify that a copy of the foregoing was filed via ECF and all parties of record
6  were automatically notified via that system.

7  /s/ Eric J. Menhart
8  Eric J. Menhart, Esq. *
   * *Admitted Pro Hac Vice*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28