# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BUSINESS ARCHITECTURE GUILD,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAMBERT, et al.,<br><br>Defendants. | Case No. 23-cv-00944-BLF<br><br>**ORDER ADVANCING HEARING ON DEFENDANTS' MOTION TO WITHDRAW OF ATTORNEY TO NOVEMBER 14, 2024**<br><br>[Re: ECF 32] |

The Motion to Withdraw Attorney hearing, which was previously set for January 16, 2025, is ADVANCED to November 14, 2024, at 9:00 A.M., in Courtroom 1, 5th Floor, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113. All other dates remain the same. Defendants' counsel SHALL give written notice to Defendants of this schedule change.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
BETH LABSON FREEMAN
United States District Judge